# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3398
LT Case No. 2018-31114-CJCI

_____

F.S., MOTHER OF L.R., G.A.R.,
I.R., AND S.R., CHILDREN

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

David W. Glasser, Daytona Beach, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Tallahassee, for
Statewide Guardian ad Litem Office.


May 29, 2024


PER CURIAM.

AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––